## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**COREY JOHNSON, AIS #159228,**      :

     **Plaintiff,**      :

vs.      :     **CIVIL ACTION 03-0417-CG-M**

**JIMMY KILCREASE, et al.,**      :

     **Defendants.**      :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue

raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made

under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that

Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 1st day of August, 2005.

/s/ Callie V. S. Granade_____
CHIEF UNITED STATES DISTRICT JUDGE