IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **COREY JOHNSON, AIS #159228,** | : |
| Plaintiff, | : |
| vs. | :   **CIVIL ACTION 03-0417-CG-M** |
| **JIMMY KILCREASE, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's complaint be and is hereby **DISMISSED** with prejudice.

**DONE and ORDERED** this 1st day of August, 2005.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE